UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81427-CIV-HURLEY/HOPKINS

**ARTHUR DON MCKIN, et al.,**

    **Plaintiffs,**

v.

**HOME DEPOT U.S.A., INC., et al.,**

    **Defendants.**

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE, OVERRULING PLAINTIFFS' OBJECTIONS, AND DENYING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

**THIS CAUSE** is before the court upon plaintiffs' motion for attorneys' fees and costs [DE # 18], and the report and recommendation of the Honorable James M. Hopkins, United States Magistrate Judge, recommending that the court deny plaintiffs' motion [DE # 23]. Plaintiffs objected to the report and recommendation [DE # 24]. Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(3), the court has reviewed *de novo* those portions of the magistrate judge's report and recommendation to which objections have been made.

Having carefully reviewed the Magistrate Judge's report and recommendation and plaintiffs' objections, the court finds the resolution of the issues as recommended by Magistrate Judge Hopkins to be sound and well reasoned. The court therefore adopts those recommendations.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

1.    Plaintiffs' objections to the magistrate judge's report [DE # 24] are **OVERRULED**.

2.    The Report and Recommendation of the United States Magistrate Judge [DE # 23]

Order Overruling Objections, Adopting Magistrate Judge's Report and Recommendation and Denying Plaintiffs'
  Motion for Attorneys' Fees and Costs
McKin, et al. v. Home Depot U.S.A., Inc., et al.
Case No. 09-81427-CIV-HURLEY/HOPKINS

is **ADOPTED** in its entirety and **INCORPORATED** herein by reference.

3. Plaintiffs' motion for attorneys' fees and costs [DE # 18] is **DENIED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 28th day of June, 2010.

*[signature]*
Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*